## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CLIMMIE F. FREEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-04-513-R** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered May 17, 2005.  No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Supplemental Report and Recommendation is ADOPTED in its entirety and Plaintiff's motion for attorney's fees in the amount of $6,035.40 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) is GRANTED.  Plaintiff is AWARDED $6,035.40 in attorney's fees.

**IT IS SO ORDERED this 10th day of June, 2005.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE